UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

DONALD G. PETROCK,

    Plaintiff,

v.

J&J TOWING, INC.,

    Defendant.
_____/

**COMPLAINT**

Plaintiff, DONALD PETROCK ("PETROCK") files this Complaint against Defendant, J&J TOWING, INC. ("J&J TOWING"), and states:

**JURISDICTION & VENUE**

1. This action is brought against Defendant pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq. and the Florida Civil Rights Act of 1992, Fla. Stat. § 760.01, et seq. ("FCRA").

2. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b) over the FLSA claims and pursuant to 28 USC § 1367 for the FCRA claims.

3. J&J TOWING provides towing services in this District.

4. Plaintiff is a resident of This District and is over the age of 18 years old.

5. During all times relevant to this Complaint, Plaintiff was employed by Defendant as a tow truck driver.

6. Venue is proper in the Southern District of Florida, pursuant to 28 U.S.C. §§ 1391(b) and (c), because Plaintiff was employed by Defendant in this District; because Defendant, at all material times, conducted and continues to conduct business in the Southern District of Florida; because the acts that give rise to Plaintiff's claims happened within the Southern District of Florida; and because Defendant is subject to personal jurisdiction herein.

## CONDITIONS PRECEDENT

7. All conditions precedent to this action have been performed or waived, including the filing of a Charge of Discrimination dually with the Florida Commission on Human Relations and the Equal Employment Opportunity Commission on September 19, 2019.

## GENERAL ALLEGATIONS

8. At all relevant times, Plaintiff possessed a Class E drivers' license.

9. Plaintiff's responsibilities as a tow truck driver included towing vehicles throughout this District.

10. Plaintiff did not drive his tow truck outside the State of Florida during his employ with Defendant.

11. The flatbed tow truck that Plaintiff typically operated on behalf of the Defendant for the period beginning approximately January of 2018 to May 3, 2019, tow trucks that did not exceed 10,000 pounds.

12. At all times relevant hereto, Defendant was a covered "employer" under the FLSA, 29 U.S.C. §§ 203(d) and (s)(1).

13. At all times material to this Complaint, Defendant has had two or more employees who have regularly sold, handled, or otherwise worked on goods and/or materials that have been moved in or produced for commerce and therefore has employees subject to the provisions of the FLSA, 29 U.S.C. § 203.

14. Defendant, upon knowledge and belief, has gross revenue which exceeds $500,000.00 for each of the past three (3) years.

15. PETROCK worked for Defendant as a tow truck driver from November of 2017 until his wrongful termination on May 13, 2019.

16. At all relevant times, PETROCK's hourly rate was $12.50.

17. At all relevant times, PETROCK worked approximately 55 to 60 hours per workweek.

18. At all relevant times, J&J TOWING paid PETROCK for forty (40) hours a week via a payroll check and the balance of his 55 to 60 hours in cash.

19. J&J TOWING knew that PETROCK worked overtime, and that the FLSA requires employees in his position to be compensated at time and one-half per hour for overtime pay.

20. Records, if any, concerning the number of hours actually worked by PETROCK are in the possession, custody, and control of Defendant.

21. Upon information and belief, J&J TOWING employed at least 15 employees (not including its two owners) for the year of its adverse and

discriminatory actions against PETROCK and retaliation of PETROCK <u>or</u> preceding year.  <u>See</u> Composite Exhibit "A".

22. PETROCK has high blood pressure.

23. Defendant knew that PETROCK suffered from high blood pressure.

24. Prior to May 3, 2019, PETROCK essentially had his high blood pressure under control with medication.

25. Unfortunately, after a medication adjustment, on or about May 3, 2019, PETROCK advised the J&J TOWING that he was not feeling well due to his high blood pressure.  He asked J&J TOWING for assistance, since he was on the road.  PETROCK told J&J TOWING that he felt lightheaded and had a very bad headache due to possibly having the wrong medication dose.

26. PETROCK's wife, Joanne Petrock, kept the J&J TOWING advised about his medical condition and advised the J&J TOWING that he had a number of doctors' appointments.

27. Mrs. Petrock also provided J&J TOWING with documentation of his doctor's visits and return to work dates.

28. Mrs. Petrock advised J&J TOWING that PETROCK could return to work on May 13, 2019.

29. PETROCK also offered to drive the forklift at Defendant, but was denied that job adjustment or accommodation.

30. J&J TOWING told Mrs. Petrock that PETROCK was a "liability" and was fired.

4

31. Because his doctor adjusted his medication, PETROCK was able to return to work without restrictions.

32. Nevertheless, J&J TOWING refused to allow him to return to work and fired him on May 13, 2019.

## ATTORNEY REPRESENTATION

33. Plaintiff has retained the undersigned attorneys and has agreed to pay a reasonable fee for its services.

## COUNT I:  VIOLATION OF FLSA/OVERTIME

34. Plaintiff re-alleges and re-avers paragraphs 1 through 33 as fully set forth herein.

35. During the course of Plaintiff's employment, J&J TOWING has willfully violated by failing to properly pay PETROCK his overtime pay.

36. Plaintiff was not exempt from the overtime provision of the FLSA pursuant to 29 U.S.C. § 213(a) nor under Section 207.

37. Defendant has knowingly and willfully failed to pay PETROCK overtime in violation of the FLSA.

38. As a result of Defendant's willful violations of the FLSA, Plaintiff is entitled to liquidated damages.

39. Due to Defendant's willful violations of the FLSA, Plaintiff is entitled to a three year period for his unpaid overtime.

40. PETROCK has retained the undersigned firm to represent him in this action, and pursuant to 29 U.S.C. § 216(b), Plaintiff is entitled to recover all reasonable attorney's fees and costs incurred in this action from J&J TOWING.

WHEREFORE, Plaintiff CHARLES PETROCK demands judgment against Defendant, J&J TOWING PEST CONTROL COMPANY, for damages, including unpaid overtime beginning three (3) years prior to the filing of this lawsuit for Defendant's willful violation of the FLSA, liquidated damages, interest, fees, costs and such other relief as the Court deems just and proper.

## COUNT II: DISPARATE TREATMENT UNDER THE FCRA

41. Plaintiff re-alleges and re-avers paragraphs 1 through 33 as fully set forth herein.

42. PETROCK is a member of a protected class due to his disability or perceived disability.

43. Defendant discriminated against PETROCK by refusing to accommodate him, stating he was a "liability" and refusing to reinstate him to his position.

44. Defendant took such adverse actions against PETROCK in willful, knowing and malicious disregard of the requirements of the FCRA, which warrant an award of punitive damages.

45. As a result of Defendant's discriminatory treatment of PETROCK, he has suffered damages, including backpay, frontpay, emotional distress and humiliation.

46. PETROCK has retained the undersigned law firm and is entitled to the recovery of his reasonable attorneys' fees.

WHEREFORE, as to Count II, Plaintiff, DONALD PETROCK, respectfully requests that this Court grant judgment in his favor and against Defendant, J&J TOWING, INC., and award damages, including but not limited to backpay, reinstatement or frontpay, compensatory damages, punitive damages, fees pursuant to Fla. Stat. § 760.11, costs and such other further relief that this Court deems just and equitable.

### COUNT III: RETALIATION UNDER THE FCRA

47. Plaintiff re-alleges and re-avers paragraphs 1 through 33 as fully set forth herein.

48. At all relevant times, PETROCK was engaged in activity protected under FCRA in that he complained and opposed the discriminatory treatment of Defendant, Defendant's removal of his duties, and Defendant's failure to accommodate him.

49. After he complained about the afore-mentioned discriminatory treatment, PETROCK suffered adverse actions by J&J TOWING, including termination, which was causally connected to his engagement in protected activity.

50. Defendant's reason for the adverse job actions taken against PETROCK are pretextual, at best, especially, since, upon information and belief,

Defendant viewed him as a "liability" though it was apprised that his blood pressure was within normal limits and controlled by medication.

51. Defendant took such adverse retaliatory actions against PETROCK in willful, knowing and malicious disregard of the requirements of the FCRA, which warrant an award of punitive damages.

52. As a result of Defendant's retaliatory treatment of PETROCK, he has suffered damages, including backpay, frontpay, emotional distress and humiliation.

53. PETROCK has retained the undersigned law firm and is entitled to the recovery of his reasonable attorneys' fees.

WHEREFORE, as to Count III, Plaintiff, DONALD PETROCK, respectfully requests that this Court grant judgment in his favor and against Defendant, J&J TOWING, INC., and award damages, including but not limited to backpay, reinstatement or frontpay, compensatory damages, punitive damages, fees pursuant to Fla. Stat. § 760.11, costs and such other further relief that this Court deems just and equitable.

## **JURY DEMAND**

Plaintiff, DONALD PETROCK, hereby demands a trial by jury on all issues so triable.

Dated:  January 19, 2021.

                                                Respectfully submitted,

By:   /s/ Gina M. Cadogan
       GINA MARIE CADOGAN
       Fla. Bar. 177350
       CADOGAN LAW
       300 S. Pine Island Road, Suite 107
       Plantation, Florida 33324
       Tel: 954.606.5891
       Facsimile: 877.464.7316
       Email: gina@cadoganlaw.com
       Email: kathy@cadoganlaw.com

# EXHIBIT A

## DONALD G. PETROCK adv. J&J TOWING
## LIST OF EMPLOYEES FROM CLAIMANT

| NAME | POSITION | COMMENTS |
| --- | --- | --- |
| Joe & Judy | Owners | Not included in employee count |
| Sheila | Office | |
| Zeke | Heavy Driver | |
| Eddie (last name unknown) | Lite Duty Driver (sometimes worked dispatch) | |
| Jimmy (last name unknown) | Flatbed Driver | |
| Harry (last name unknown) | Flatbed Driver | |
| James Barber | Flatbed Driver | |
| Leo (last name unknown) | Flatbed & Lite Duty Driver | |
| Axle (last name unknown) | Flatbed Driver | |
| Jeff Pope | Lite Duty Driver (and overnight dispatcher) | |
| John D. (last name unknown) | Flatbed Driver | |
| Jay (last name unknown) | Repairs on Trucks | |
| Jeff (last name unknown) | Flatbed Driver | |
| Johnny (last name unknown) | Helper in the Yard | |
| Shane (last name unknown) | Heavy Duty Driver | |
| Ricky (last name unknown) | Flatbed Driver | |
| Mike Green | Dispatcher | |
| Robert (last name unknown) | | |
| Brady (last name unknown) | | |
| Donny Petrock | Claimant | |
| Joanne Petrock | Dispatcher | |

2018

J & J Towing Census 2018
South East Employee Leasing Services                                                                    07/30/19

| Employee Name & Home Address Health Plans | Status/ F or P Time | WC Code | Social Security Number | Marital Status & Fed. Tax Exemptions | Date of Birth | Date of Hire | Termination Date (if applicable) |
|---|---|---|---|---|---|---|---|
|  | A/F | FL7219 | XXX-XX-4523 | S02 | 08/30/74 | 08/23/18 |  |
|  | A/F | FL7219 | XXX-XX-8648 | M03 | 01/10/82 | 12/04/18 |  |
|  | T/P | FL7219 | XXX-XX-9628 | S01 | 06/10/64 | 03/19/18 | 12/11/18 |
|  | A/P | FL7219 | XXX-XX-7111 | S01 | 01/22/88 | 01/11/18 |  |
|  | T/F | FL7219 | XXX-XX-5088 | S01 | 11/17/70 | 05/25/17 | 07/17/18 |
| CAMMARATA, JUDITH A | A/F | FL8810 | XXX-XX-1151 | M00 | 08/20/52 | 07/18/12 |  |
|  | A/F | FL7219 | XXX-XX-2020 | S00 | 03/16/59 | 02/05/18 |  |
|  | T/F | FL8380 | XXX-XX-0839 | S00 | 01/20/55 | 05/08/18 | 07/10/18 |
|  | T/F | FL7219 | XXX-XX-8907 | S01 | 03/06/83 | 08/23/18 | 09/17/18 |
|  | T/F | FL7219 | XXX-XX-9368 | S00 | 07/26/80 | 05/07/18 | 06/25/18 |
|  | A/P | FL7219 | XXX-XX-8114 | S00 | 09/29/74 | 02/26/16 |  |

2018

Employee Census Data                                                                                              Page: 2

South East Employee Leasing Services                                                                              07/30/19

| Employee Name & Home Address Health Plans | Status/ F or P Time | WC Code | Social Security Number | Marital Status & Fed. Tax Exemptions | Date of Birth | Date of Hire | Termination Date (if applicable) |
|---|---|---|---|---|---|---|---|
| [redacted] | T/P | FL7219 | XXX-XX-7555 | S01 | 07/05/87 | 01/12/18 | 01/20/18 |
| PETROCK, DONALD G<br>11854 COVE PLACE<br>BOCA RATON, FL 33428 | A/F | FL7219 | XXX-XX-7373 | M00 | 02/01/60 | 11/27/17 | |
| [redacted] | A/F | FL7219 | XXX-XX-5958 | S00 | 05/31/69 | 02/20/12 | |
| [redacted] | A/F | FL7219 | XXX-XX-5384 | M00 | 01/04/67 | 02/20/12 | |
| [redacted] | A/F | FL7219 | XXX-XX-2349 | S02 | 04/24/51 | 05/01/14 | |
| [redacted] | T/F | FL7219 | XXX-XX-2196 | S00 | 02/03/75 | 06/14/16 | 06/01/18 |
| [redacted] | A/F | FL7219 | XXX-XX-7502 | M01 | 05/15/65 | 08/16/18 | |
| [redacted] | A/F | FL7219 | XXX-XX-2566 | S02 | 04/14/77 | 02/20/12 | |

Full:    15  Part:    4
Number of Employees:    19

*2019* [handwritten]

**J & J Towing Census 2019**
South East Employee Leasing Services

07/30/19

| Employee Name & Home Address Health Plans | Status/ F or P Time | WC Code | Social Security Number | Marital Status & Fed. Tax Exemptions | Date of Birth | Date of Hire | Termination Date (if applicable) |
|---|---|---|---|---|---|---|---|
| [redacted] | A/F | FL7219 | XXX-XX-4523 | S02 | 08/30/74 | 08/23/18 | |
| [redacted] | T/F | FL7219 | XXX-XX-8648 | M03 | 01/10/82 | 12/04/18 | 05/12/19 |
| [redacted] | A/P | FL7219 | XXX-XX-7111 | S01 | 01/22/88 | 01/11/18 | |
| CAMMARATA, JUDITH A | A/F | FL8810 | XXX-XX-1151 | M00 | 08/20/52 | 07/18/12 | |
| [redacted] | A/F | FL7219 | XXX-XX-6548 | M03 | 12/04/70 | 04/01/19 | |
| [redacted] | A/F | FL7219 | XXX-XX-2020 | S00 | 03/16/59 | 02/05/18 | |
| [redacted] | A/P | FL7219 | XXX-XX-8114 | S00 | 09/29/74 | 02/26/16 | |
| [redacted] | A/F | FL7219 | XXX-XX-8150 | S00 | 06/25/76 | 07/09/19 | |
| PETROCK, DONALD G 11854 COVE PLACE BOCA RATON, FL 33428 | T/F | FL7219 | XXX-XX-7373 | M00 | 02/01/60 | 11/27/17 | 05/05/19 |
| [redacted] | A/F | FL7219 | XXX-XX-5958 | S00 | 05/31/69 | 02/20/12 | |
| [redacted] | A/F | FL7219 | XXX-XX-5384 | M00 | 01/04/67 | 02/20/12 | |
| [redacted] | A/F | FL7219 | XXX-XX-2349 | S02 | 04/24/51 | 05/01/14 | |

2019

Employee Census Data                                                                 Page:  2

South East Employee Leasing Services                                                 07/30/19

| Employee Name & Home Address Health Plans | Status/ F or P Time | WC Code | Social Security Number | Marital Status & Fed. Tax Exemptions | Date of Birth | Date of Hire | Termination Date (if applicable) |
|---|---|---|---|---|---|---|---|
| [redacted] | T/F | FL7219 | XXX-XX-7502 | M01 | 05/15/65 | 08/16/18 | 06/09/19 |
| [redacted] | A/F | FL7219 | XXX-XX-2566 | S02 | 04/14/77 | 02/20/12 | |

Full:    12   Part:    2
Number of Employees:   14